UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

Tara Mapes,

    Plaintiff,

        v.

Case No.: 25-1574

JOHN DOES 1-9, unknown individuals; ANGELIC ICE PHOTOGRPAHY, a South African business entity; TANISHA LLOYD, an individual; and META PLATFORMS, INC., a Delaware Corporation,

    Defendants.

_____

John Di Giacomo (P73056)
Eric Misterovich (P73422)
Andrew Jurgensen (P81123)
REVISION LEGAL, PLLC
Attorneys for Plaintiff
8051 Moorsbridge Rd.
Portage, Michigan 49024
T: (269) 281-3908
F: (231) 714-0200
john@revisionlegal.com
eric@revisionlegal.com
drew@revisionlegal.com
_____

## COMPLAINT AND DEMAND FOR A JURY TRIAL

## EXHIBIT 1

Dated: August 7, 2025

_____
John Di Giacomo (P73056)
Eric Misterovich (P73422)
Andrew Jurgensen (P81123)
REVISION LEGAL, PLLC
Attorneys for Plaintiff
8051 Moorsbridge Rd.
Portage, Michigan 49024

T: (269) 281-3908  
F: (231) 714-0200  
john@revisionlegal.com  
eric@revisionlegal.com  
drew@revisionlegal.com

*"Facebook Groups" identified in Plaintiff's Complaint with Links*

1. Edit My Photo Please (~241,100 members)
   https://www.facebook.com/groups/434641910268232

2. PhotoSHOP Edits & Requests (~212,600 members)
   https://www.facebook.com/groups/470476367119497/

3. Photoshop Edits and Requests (~19,600 members
   https://www.facebook.com/groups/146965807263328

4. Edit My Picture & AI Video (~33,900 members)
   https://www.facebook.com/groups/215135069217660

5. Edit Free Photo UK (~2,700 members)
   https://www.facebook.com/groups/316870002105234

6. Free Photo Editing for Everybody (~24,300 members)
   https://www.facebook.com/groups/freephotoeditingforeverybody

7. TWEAKERS - Restoring Yesterday to Today (~23,200 members))
   https://www.facebook.com/groups/1776751895934678

8. Please Edit My Photos For Free (~97,400 members)
   https://www.facebook.com/groups/1165679583445573/

9. Official Edit my photo please? (~38,100 members)
   https://www.facebook.com/groups/978358915630800